DOC NO
REC'D/FILED
2018 MAR 28 PM 3:43
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

KHALIL LITES,

Defendant.

SECOND
SUPERSEDING INDICTMENT

Case No. 17-cr-117-wmc
18 U.S.C. § 371
18 U.S.C. § 922(n)
18 U.S.C. § 922(j)

THE GRAND JURY CHARGES:

COUNT 1

At times material to this indictment:

1. Precision Tactical Firearms, LLC (hereafter, PT Firearms), in Cross Plains, Wisconsin, was the premises of a person licensed to engage in the business of dealing in firearms.

2. On or about October 20, 2017, in the Western District of Wisconsin, the defendant,

KHALIL LITES,

knowingly and intentionally conspired and agreed with others, known and unknown to the grand jury, to commit and cause to be committed violations against the United States, namely, the theft of firearms from PT Firearms in the licensee's business inventory that had previously been shipped in interstate commerce, in violation of Title 18, United States Code, Section 922(u).

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its objectives, the following overt acts were committed in the Western District of Wisconsin.

a) In the early morning hours of October 20, 2017, KHALIL LITES and other conspirators drove to Cross Plains, Wisconsin, to steal firearms from PT Firearms.

b) In Cross Plains, conspirators inspected the exterior of PT Firearms to formulate a plan to gain entry to the business, and observed the front of the PT Firearms store was secured by a gate, which reinforced the windows and door of the premises.

c) KHALIL LITES and the other conspirators canvassed the neighborhoods in Cross Plains for a vehicle to steal and utilize as a ram to break through the front of PT Firearms.

d) On October 20, 2017, to facilitate breaking through the gate and gain entry to the store, the conspirators stole a car in Cross Plains.

e) The conspirators used the stolen car as a ram and drove through the front windows and security gate at PT Firearms.

f) Upon gaining entry to the store, three conspirators used hammers to break the glass cases holding the firearms, placed the firearms listed below into bags or backpacks, and fled the scene. Specifically, the conspirators stole:

| Make | Model | Caliber | Serial Number |
|---|---|---|---|
| Glock | Model G30 | .45 caliber pistol | TZV202 |
| DSA | Model SA58 | .308 caliber rifle | DS103505741 |
| Glock | Model 21 | .45 caliber pistol | HNR273 |

| Make | Model | Caliber | Serial Number |
|---|---|---|---|
| Glock | Model 23 | .45 caliber pistol | AANV070 |
| Ruger | 9E | 9mm pistol | 337-63117 |
| Ruger | SR9c | 9mm pistol | 336-80446 |
| CZ | Scorpion | 9mm rifle | C227809 |
| Glock | Model 20 | 10mm pistol | BCKN631 |
| Glock | Model 34 | 9mm pistol | CTB166US |
| Glock | Model 17 | 9mm pistol | BFLB617 |
| Glock | Model 21 | .45 caliber pistol | SHC458 |
| Glock | Model 19 | 9mm pistol | BFLS577 |
| Century Arms International | PAP M92PV | 7.62 mm pistol | M92PV001409 |
| Glock | Model 17 | 9mm pistol | YRL795 |

(All in violation of Title 18, United States Code, Section 371).

COUNT 2

On or about October 20, 2017, in the Western District of Wisconsin, the defendant,

KHALIL LITES,

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, willfully received in or affecting commerce, a Ruger, Model SR9c, 9mm pistol, serial number 336-80446, such firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(n)).

COUNT 3

On or about November 3, 2017, in the Western District of Wisconsin, the defendant,

KHALIL LITES,

knowingly possessed, concealed, and stored a stolen firearm, specifically, a Ruger, Model SR9c, 9mm pistol, serial number 336-80446, such firearm having previously traveled in and affected interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

(In violation of Title 18, United States Code, Sections 922(j)).

A TRUE BILL

PRESIDING JUROR

For SCOTT C. BLADER
United States Attorney

Indictment returned: 3/28/18